# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 9, 2005

128618

ROYAL McGUIRE, Personal Representative
of the ESTATE OF MINNIE McGUIRE,
      Plaintiff-Appellant,

v

HARRY J. WASVARY, M.D.,
      Defendant-Appellee,

and

WILLIAM BEAUMONT HOSPITAL,
      Defendant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128618
COA: 248309
Oakland CC: 2002-043598-FH

On order of the Court, the application for leave to appeal the January 25, 2005 judgment of the Court of Appeals is considered and, it appearing to this Court that the cases of *Woodard v Custer* (Docket No. 124994-95) and *Hamilton v Kuligowski* (Docket No. 126275) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 9, 2005

_____
Clerk

p1102